THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Antwain D.
 Ellis, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

On Writ of Certiorari

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge
Memorandum Opinion No. 2008-MO-046
Submitted November 19, 2008  November 24,
 2008   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General David
 Spencer, all of Columbia, for Petitioner.
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the grant of post-conviction relief
 (PCR) to Respondent, Antwain Ellis.  We now dismiss the writ as improvidently
 granted.  

TOAL, C.J.,
 WALLER, BEATTY and KITTREDGE, JJ., concur. PLEICONES, J., not participating.